UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1776 PAM/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARNE LARSON

Defendant.

STIPULATION and ORDER

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including October 16, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: September 22, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Arne Larson
ARNE LARSON, pro se
Defendant

IT IS SO ORDERED.

Dated: Sept. 27, 2000

Susan Richard Nelson
United States Magistrate Judge
United States District Court

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

TOTAL P.02