UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1776 PAM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNE L. LARSON,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | ORDER |

The Court has been advised that the above-entitled action has been settled by the parties. Accordingly,

IT IS HEREBY ORDERED that the case is dismissed with prejudice, each party to bear its own costs.

Dated: December 14, 2001

Paul A. Magnuson
U.S. District Court Judge

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________